Andrew D. Leven, Esq.
# Dilworth Paxson LLP
2 Research Way
Princeton, New Jersey 08540
(609) 987-6662
aleven@dilworthlaw.com
*Attorneys for Defendant Lawrence Dropkin, Jr.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 1:21-cr-734 |
| Plaintiff, | : | |
| v. | : | |
| LAWRENCE DROPKIN, JR., | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

To: Clerk, United States District Court
For the District of Columbia

Kindly enter my appearance as an attorney for Defendant Lawrence Dropkin, Jr.

**DILWORTH PAXSON LLP**

*Attorneys for Defendant,
Lawrence Dropkin, Jr.*


By: */s/ Andrew D. Leven*
    Andrew D. Leven


Date:  February 14, 2022
       Princeton, New Jersey

Case 1:21-cr-00734-JEB   Document 18   Filed 02/14/22   Page 2 of 2

## CERTIFICATE OF SERVICE

I, Andrew D. Leven, hereby state that a true and correct copy of the foregoing Notice of Appearance on behalf of Defendant Lawrence Dropkin, Jr. was served upon all counsel of record upon its filing and acceptance through the electronic case filing system.

**DILWORTH PAXSON LLP**

*Attorneys for Defendant,*
*Lawrence Dropkin, Jr.*

By: */s/ Andrew D. Leven*
      Andrew D. Leven

Date:  February 14, 2022
       Princeton, New Jersey